United States District Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALINA CABANAS SANTIAGO AND SUAMY YANES SUARES, *Plaintiffs*, | § § § § | |
| v. | § § | CA NO. 4:23-cv-04678 |
| BRYAN KEITH MITCHELL AND SKYFIRE TRUCKING & HEAVY HAUL, INC., *Defendants*. | § § § § | |

### ORDER ON PLAINTIFFS' NOTICE OF NONSUIT WITH PREJUDICE

On this day, the Court considered Plaintiffs' Notice of Nonsuit with Prejudice as to Defendants Bryan Keith Mitchell and Skyfire Trucking & Heavy Haul, Inc. After considering the notice, the Court is of the opinion that the relief sought in Plaintiffs' Notice of Nonsuit with Prejudice should be, and is hereby, GRANTED.

SIGNED April 11, 2025

_____
JUDGE PRESIDING